UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERT PETERS,

     Plaintiff,

                                    Case No. 26-cv-10880
v.                                    Hon. Matthew F. Leitman

DEPARTMENT OF
VETERANS AFFAIRS, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Gilbert Peters brings claims against the Department of Veterans Affairs and others. (*See* Compl., ECF No. 1.)  When he filed his Complaint, Peters neither paid the required filing fee nor filed an application to proceed *in forma pauperis*.  Accordingly, on March 17, 2026, the Court directed Peters to either pay the fee or file an application to proceed *in forma pauperis* by no later than March 31, 2026. (*See* Notice, ECF No. 3.)  The Court further warned Peters that "[i]f the filing fee [was] not received by the Clerk's Office or if an application to proceed *in forma pauperis* [was] not filed within fourteen calendar days of this notice, this case may be dismissed." (*Id.*)

Peters has not paid the filing fee or filed an application to proceed *in forma pauperis* as directed.  Nor has he contacted the Court to ask for additional time to do

1

so.   Thus, because Peters has not paid the required filing fee, his Complaint is

**DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
Dated:  April 13, 2026           UNITED STATES DISTRICT JUDGE

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2026, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan
                                           Case Manager
                                           (313) 234-5126